IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 13-0049-CG-M ) |
| DOUG SCHAFFER, et al., | ) ) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's order.

**DONE and ORDERED** this 8th day of August, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE